UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>RICHARD STANLEY MANESS, JR.,<br><br>  Defendant. | CASE NO. MJ24-0531JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Plaintiff the United States of America (the "Government") has appealed Magistrate Judge Tsuchida's order of release. (Appeal (Dkt. # 24); Release Entry (Dkt. # 22).) The court STAYS Judge Tsuchida's order of release and ORDERS that

//

//

MINUTE ORDER - 1

Defendant Richard Stanley Maness, Jr. shall remain in custody pending a decision on the Government's appeal.

Filed and entered this  24th  day of September, 2024.

                                      RAVI SUBRAMANIAN
                                      Clerk of Court

                                       s/ Ashleigh Drecktrah
                                       Deputy Clerk

MINUTE ORDER - 2