Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

September 25, 2024

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD STANLEY MANESS, Jr., <br><br> Defendant. | NO. CR24-165 RAJ <br><br> INDICTMENT |

The Grand Jury charges that:

### COUNT 1

### (Conspiracy to Produce Child Pornography)

Between in or about November 2023 and in or about August 2024, in King County, within the Western District of Washington, and elsewhere, RICHARD STANLEY MANESS, Jr., and others known and unknown, conspired to employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and

Indictment - 1
*United States v. Maness*
USAO No. 2024R00742

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2

### (Production of Child Pornography)

Between in or about March 2023 and in or about April 2024, in King County, within the Western District of Washington, and elsewhere, RICHARD STANLEY MANESS, Jr. and Co-Conspirator 1 employed, used, persuaded, induced, enticed, and coerced a minor to engage in any sexually explicit conduct, aided and abetted doing so, and attempted to do so, for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

The Grand Jury further alleges that this offense was committed in furtherance of the conspiracy charged in Count 1.

All in violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 2.

Indictment - 2
*United States v. Maness*
USAO No. 2024R00742

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offenses alleged in Counts 1 and 2 RICHARD STANLEY MANESS, Jr., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property used to commit or to facilitate commission of the offense, any proceeds of the offense, and any data files consisting of or containing visual depictions within the meaning of Title 18, United States Code, Section 2253(a)(1).

//
//
//

Indictment - 3
*United States v. Maness*
USAO No. 2024R00742

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 9/25/2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

[signature]
TESSA M. GORMAN
United States Attorney

[signature]
MARCI L. ELLSWORTH
Assistant United States Attorney

[signature]
MATTHEW P. HAMPTON
Assistant United States Attorney

Indictment - 4
*United States v. Maness*
USAO No. 2024R00742

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970