## Defendant Status Sheet
(Prepare ONE for EACH defendant)

**Defendant Status**

Defendant Name: Richard Stanley Maness, Jr.

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes   ☐ No        If yes: Complaint

If yes, please enter the cause number below:

  CR Enter CR Cause Number here.    or    MJ 24-531 BAT

Has the Defendant had an initial appearance in this case in this district?   ☒ Yes   ☐ No

**Defendant Location**

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☒ In the community on supervision under cause number: MJ24-531 BAT

☐ At large.

☐ Other: Click or tap here to enter text.

**Release**

☒ Continue Conditions of release

☐ Continue Detention

☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date.

**Arraignment**

☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

  ☐ Defendant Address: Click or tap here to enter text.

☒ Letter to defense counsel for appearance on: 10/3/2024

  ☒ Defense Counsel name and address: Joshua R. Saunders, Law Office of Joshua R. Saunders, 533 Martin Luther King Jr. Way S, Seattle, WA 98144

**Trial**

Estimated trial length (days): 5