Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RICHARD STANLEY MANESS, JR.,<br><br>            Defendant. | CASE NO. 2:24-cr-00165-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon the United States' Motion for Review of Release Order. Dkt. 24. Having considered the motion, Defendant's Response, the United States' reply, and the files and pleading herein,

The Court **GRANTS** the United States' motion and rescinds the magistrate judge's release order. Defendant Richard Stanley Maness, Jr. shall be detained pending trial. The Court will set forth its findings and reasoning in a forthcoming order.

DATED this 15th day of November, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1