The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD STANLEY MANESS, Jr.,<br><br>Defendant. | NO. CR24-165 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS CUTOFF |

THIS COURT, having considered the facts and circumstances contained in the parties' stipulated motion to continue trial, which are incorporated herein as finding of facts and conclusions of law, FINDS as follows:

1. This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

2. The failure to grant a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant in a speedy trial.

ORDER CONTINUING TRIAL - 1
*United States v. Maness*, CR24-165 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS THEREFORE ORDERED that the stipulated motion to continue trial date
2  (Dkt. 42) is GRANTED.  The trial in this case is continued to August 4, 2025.  All
3  pretrial motions, including motions in limine, shall be filed no later than June 20, 2025.
4    IT IS FURTHER ORDERED that the period of delay from the date of this Order
5  to the new trial date of August 4, 2025, shall be excludable time pursuant to 18 U.S.C.
6  § 3161.

   DATED this 27th day of November, 2024.

   */s/ Richard A. Jones*

   The Honorable Richard A. Jones
   United States District Judge

ORDER CONTINUING TRIAL - 2
*United States v. Maness*, CR24-165 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970