Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD STANLEY MANESS, JR.,<br><br>Defendant. | No. 2:24-cr-00165-RAJ<br><br>ORDER GRANTING DEFENDANT'S AGREED PRETRIAL MOTIONS |

Defendant Richard Stanley Maness, Jr.'s agreed pretrial motions came on regularly for consideration, and the Court being fully advised, GRANTS the motions as follows:

IT IS ORDERED:

1. Witnesses (except for the defendant and the designated representative of the United States) are excluded from the courtroom until their testimony has been completed.

2. Witnesses are ordered not to discuss their testimony or other matters related to the case with other witnesses.

3. References by witnesses or arguments by counsel regarding the defendant's non-testimonial demeanor are prohibited.

ORDER GRANTING DEFENDANT'S
AGREED PRETRIAL MOTIONS – 1
*United States v. Maness*, 2:24-cr-00165-RAJ

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142

4. Testimony directly or indirectly implying a personal belief in the defendant's guilt is excluded, and arguments that state or imply a personal belief in the defendant's guilt are prohibited.

5. Testimony and arguments regarding the defendant's failure to produce evidence are prohibited.

6. Testimony and arguments regarding defendant's invocation of his right to remain silent and his right to counsel in response to law enforcement questioning are prohibited.

7. Counsel shall provide each other notice of their expected witnesses the day before calling them to testify.

8. Counsel shall disclose to each other any exhibits, videos, photographs, or computer slide shows the day before using them in opening statement or closing argument.

9. Witnesses' *curricula vitae* are excluded from evidence.

10. Defense counsel are allowed to bring food and liquids into the United States Courthouse for the duration of the trial.

11. Counsel for each party are required to inform his or her witnesses of pertinent rulings by this court and shall direct each witness to abide by those rulings before testifying at trial.

DATED this 24th day of June, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
AGREED PRETRIAL MOTIONS – 2
*United States v. Maness*, 2:24-cr-00165-RAJ

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142