The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD STANLEY MANESS, JR.,<br><br>Defendant. | NO. 2:24-cr-00165-RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. 64) is GRANTED. The United States may file its Motion to Admit Evidence Gathered Abroad and Certain Certified Records that does not exceed 5,400 words.

DATED this 24th day of June, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR OVERLENGTH BRIEF - 1
*United States v. Maness* / 2:24-cr-00165-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970