Hon. Richard A. Jones

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD MANESS, <br><br> Defendant. | No. CR 24 – 165 RAJ <br><br> DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS <br><br> Trial: August 4, 2025 |

Pursuant to LR CrR 24(a), defendant suggests that the Court propound the following general questions to the jurors:

1. Does any member of the panel have any strong feelings about pornography and sexually explicit images and movies?

2. Has any member of the panel, or a family member, relative or a close friend, ever been accused of a crime?

3. Does anyone on the panel have strong feelings about the right granted by the First Amendment of the United States Constitution to view pornography?

4. Do you think that you should judge a defendant's testimony differently from the testimony of any other witness?

DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS – 1

US v. Maness, CR 24-165 RAJ

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142

5. Do you think it is fair that a person accused of a crime should be able to confront the witnesses against him face-to-face in court?

6. Is there any prospective juror who has had an experience in their life which they believe would affect their ability to be fair in this type of case?

7. Is there any prospective juror who lived in or travelled to the Socialist Republic of Vietnam or had any experience with the government of the Socialist Republic of Vietnam?

8. Is there any prospective juror who has close friends or relatives who live in the Socialist Republic of Vietnam?

9. Have you, a close friend, or a relative ever been the victim of a sexual assault or sexual abuse incident?

10. Have you, a close friend, or relative ever been accused, rightly or wrongly, of some form of sexual assault or sexual abuse?

11. Have you, a close friend, or relative ever been contacted by the police regarding a report of a sexual assault or sexual abuse incident?

12. Has any prospective juror had an experience in their life which they believe would affect their ability to be fair in this type of case?

Respectfully Submitted on July 13, 2025.

LAW OFFICES OF STEPHAN R. ILLA

Stephan R. Illa
WSBA No. 15793
Attorney for Defendant

GEISNESS LAW FIRM

Peter Thomas Geisness
WSBA No. 30897
Attorney for Defendant

DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS – 2

US v. Maness, CR 24-165 RAJ

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142