The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD STANLEY MANESS, JR.,<br><br>Defendant. | NO. CR24-165-RAJ<br><br>**UNITED STATES' PROPOSED SPECIAL VERDICT FORM FOR FORFEITURE** |

### SPECIAL VERDICT FORM FOR FORFEITURE

1. We, the jury, unanimously find by a preponderance of the evidence that Richard Stanley Maness, Jr. used, or intended to use, the following property to commit, or to promote the commission of, *Conspiracy to Produce Child Pornography*, as set forth in Count 1 of the Indictment:

    a. One Apple iPhone 14, seized on or about August 28, 2024, from 200 Roy St., Apt. #208, Seattle, Washington 98109.

    YES _____    NO _____

2. We, the jury, unanimously find by a preponderance of the evidence that Richard Stanley Maness, Jr. used, or intended to use, the following property to commit, or to promote the commission of, *Production of Child Pornography*, as set forth in Count 2 of the Indictment:

Special Verdict Form for Forfeiture - 1
*United States v. Maness,* CR24-165-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      a.  One Apple iPhone 14, seized on or about August 28, 2024, from 200 Roy St., Apt. #208, Seattle, Washington 98109.

      YES _____      NO _____

DATED this _____ day of _____, 2025.

_____
FOREPERSON

Special Verdict Form for Forfeiture - 2
*United States v. Maness,* CR24-165-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970