The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 24-165 RAJ |
| Plaintiff, | |
| | JOINT PROPOSED JURY VERDICT FORM |
| v. | |
| RICHARD STANLEY MANESS, Jr., | |
| Defendant. | |

  The United States of America, by and through its attorneys, Teal Luthy Miller, Acting United States Attorney for the Western District of Washington, Matthew P. Hampton and Cecelia Y. Gregson, Assistant United States Attorneys for said District, and Richard Stanley Maness, Jr., through his attorneys Stephan Illa and Peter Geisness, hereby submit the following joint proposed verdict form for the trial scheduled to begin on August 4, 2025.

//

//

//

*United States v. Maness* / CR24-165 RAJ - 1
Joint Proposed Jury Verdict Form

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

We, the jury, unanimously find, as to the charges in the indictment against the Defendant:

## **Count 1**

### **Conspiracy to Produce Child Pornography**

As to Count 1 in the Indictment, Conspiracy to Produce Child Pornography, between in or about November 2023 and in or about April 2024, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e), WE THE JURY find the defendant, Richard Stanley Maness, Jr. (check one):

_____ Not Guilty        _____ Guilty

//

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## <u>Count 2</u>

### Production of Child Pornography

As to Count 2 in the Indictment, Production of Child Pornography, between in or about March 2024 and in or about April 2024, in violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 2, WE THE JURY find the defendant, Richard Stanley Maness, Jr. (check one):

_____ Not Guilty          _____ Guilty

If you find the defendant GUILTY of the offense charged in Count 2, you must answer the following questions.

1) Did you find the defendant aided and abetted the commission of this offense?

_____ No                    _____ Yes

2) If you answered no to Question 1, did you find the defendant attempted to commit this offense?

_____ No                    _____ Yes

_____
PRESIDING JUROR

DATED:_____

//

//

United States v. Maness / CR24-165 RAJ - 3
Joint Proposed Jury Verdict Form

1  DATED this ___day of _____, 2025.

2

3
                                    Respectfully submitted,
4

5                                   TEAL LUTHY MILLER
                                    Acting United States Attorney
6

7
                                    s/ Matthew P. Hampton
8                                   MATTHEW P. HAMPTON
9                                   CECELIA Y. GREGSON
                                    Assistant United States Attorneys
10                                  United States Attorney's Office
11                                  700 Stewart Street, Suite 5220
                                    Seattle, Washington 98101-1271
12                                  Phone:      206-553-7970
13                                  Fax:        206-553-0882
                                    Email:      Matthew.Hampton@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Maness* / CR24-165 RAJ - 4
Joint Proposed Jury Verdict Form