Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD MANESS,<br><br>    Defendant. | No. CR 24 – 165 RAJ<br><br>DEFENDANT'S WITNESS LIST<br><br>Trial: August 4, 2025 |

Defendant may call some or all of the following witnesses during his case-in-chief:

1. Defendant Richard Maness; and

2. Anyone identified as a potential witness or called to testify at trial by plaintiff.

Respectfully Submitted on July 23, 2025.

LAW OFFICES OF STEPHAN R. ILLA

*[signature]*

Stephan R. Illa
WSBA No. 15793
Attorney for Defendant

GEISNESS LAW FIRM

*[signature]*

Peter Thomas Geisness
WSBA No. 30897
Attorney for Defendant

DEFENDANT'S WITNESS LIST – 1

US v. Maness, CR 24-165 RAJ

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142