The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD STANLEY MANESS, Jr., <br><br> Defendant. | NO. 2:24-cr-00165-RAJ <br><br> ORDER REGARDING GOVERNMENT'S TRIAL EVIDENCE |

The Court has reviewed the government's motion to admit evidence obtained by foreign authorities and certain certified records and associated exhibits (Dkt. 65), the defense response (Dkt. 71), the government's supplement and associated exhibits (Dkt. 72), and the arguments of the parties presented at the pretrial conference on July 17, 2025.  Having fully considered the record and arguments in this matter, the government's motion is GRANTED.  The Court ORDERS the following concerning evidence the government seeks to present at trial in this matter scheduled to begin August 4, 2025.

The Court ORDERS the following concerning evidence gathered by foreign authorities the government intends to present at trial:

1. The Zalo screenshots and imagery, redacted and unredacted, at pages 8-51 of Dkt. 65-1 shall be admitted at trial.  In preparing exhibits containing the material found in these pages, the government is directed to redact certain handwritten statements and stamps/labels from those exhibits as stated on the

ORDER REGARDING GOVERNMENT'S TRIAL EVIDENCE - 1
*United States v. Maness*, 2:24-cr-00165-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

record during the pretrial conference. The government is not required to redact the handwritten name and signature of Vi Pham that appears on several pages of these documents.

2. The records found at pages 54-65 of Dkt. 65-1 shall also be admitted at trial. The government is directed to redact certain handwriting as stated on the record but need not redact the handwritten name/signature that appears on those pages.

3. The parties are directed to meet and confer prior to trial to ensure they agree that all necessary redactions have been made. If they cannot agree on necessary redactions, they are directed to seek the intervention of the Court to resolve any remaining disputes.

The Court further ORDERS that certain certified business and electronic records the government intends to offer shall be admitted at trial pursuant to Fed. R. Evid. 902(11), 902(13), and 803(6):

1. Alaska Airlines records related to air travel by Richard Stanley Maness, Jr.
2. Delta Airlines records related to air travel by Richard Stanley Maness, Jr.
3. EVA Airways records related to air travel by Richard Stanley Maness, Jr.
4. Navy Federal Credit Union records related to financial accounts held by Richard Stanley Maness, Jr.
5. T-Mobile records related to the mobile phone account associated with 360-421-3260 in the name of Richard S. Maness
6. Apple subscriber records associated with Apple IDs richard.s.maness@gmail.com, tonalsoul@gmail.com, and queen.vi.pham@gmail.com.
7. Google subscriber records associated with richard.s.maness@gmail.com, tonalsoul@gmail.com and queen.vi.pham@gmail.com.

ORDER REGARDING GOVERNMENT'S TRIAL EVIDENCE - 2
*United States v. Maness*, 2:24-cr-00165-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. Paypal/Xoom records related to the account in the name of Richard Maness and the email address tonalsoul@gmail.com.

DATED this 24th day of July, 2025.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER REGARDING GOVERNMENT'S TRIAL EVIDENCE - 3
*United States v. Maness*, 2:24-cr-00165-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970