The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RICHARD STANLEY MANESS, JR., <br><br> Defendant. | NO. 2:24-cr-00165-RAJ <br><br> ORDER GRANTING MOTION TO SEAL ADMITTED TRIAL EXHIBITS |

Having considered the Government's Motion to Seal and because of the sensitive information contained in Admitted Trial Exhibits 3, 5, 6, 7, 8, 9, 10, 11, 12, 14, 16 and 21,

It is hereby ORDERED that the Motion to Seal (Dkt. 121) is GRANTED. The unredacted versions of Admitted Trial Exhibits 3, 5, 6, 7, 8, 9, 10, 11, 12, 14, 16 and 21 shall remain sealed.

DATED this 15th day of August, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Maness* / 2:24-cr-00165-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970