The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RICHARD STANLEY MANESS, JR.,<br><br>Defendant. | NO. 2:24-cr-00165-RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING |

THE COURT, having reviewed the government's motion to continue the sentencing hearing currently scheduled for November 14, 2025, and the defendant's response in opposition, the Court HEREBY FINDS the government has demonstrated good cause for the requested continuance.

It is hereby ORDERED that the motion (Dkt. 124) is GRANTED. The sentencing hearing in the above-captioned matter is rescheduled from Friday, November 14, 2025 at 10:00 am, to **Tuesday, November 18, 2025 at 10:00 am.** All sentencing materials shall be submitted no later than November 10, 2025.

DATED this 10th day of September, 2025.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States v. Maness* / 2:24-CR-00165 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970