Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>RICHARD STANLEY MANESS, JR.,<br><br>                  Defendant. | NO. 2:24-cr-00165-RAJ<br><br>ORDER |

The Court has reviewed Defendant Richard Stanley Maness, Jr.'s motion in which he requests that the undersigned judge recuse from this case (Dkt. # 135). In accordance with Local Rule W.D. Wash. 3(f), which applies to criminal matters pursuant to LCrR 1(a), the undersigned judge has reviewed Defendant's motion and declines to voluntarily recuse from this action. In accordance with LCR 3(f), the Court refers this motion to the Honorable David G. Estudillo in his capacity as the Chief Judge of the United States District Court for the Western District of Washington.

DATED this 10th day of November, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1